430 A.2d 1157

COMMONWEALTH of Pennsylvania, Appellee,

v.

Zack ELLERBE, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 30, 1981.

Decided July 2, 1981.

Buford W. Tatem, II, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Denis Cohen, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

The judgment of sentence is affirmed.